IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT ARNOLD, JR., as representative
of Robert Arnold, Sr. and DORIS LANELL
ARNOLD as administrator of the estate of
Betty Arnold                                                                                          PLAINTIFFS

VS.                                              CASE NO. 4:11-CV-4066

ALLSTATE INDEMNITY COMPANY                                                     DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss. (ECF No. 23). Plaintiffs seek to dismiss their claim against Defendant Allstate Indemnity Company, without prejudice. Upon consideration, the Court finds that good cause for the motion has been shown. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs' claim against Defendant is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge